STATE OF NEW JERSEY v. PAUL A. KEEHBLER.

February 15, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. FELTON GOULD.

February 15, 1978. Petition for certification denied.

LORRAINE YANCOSKIE v.
DELAWARE RIVER PORT AUTHORITY.

February 15, 1978. Petition for certification granted. (See 155 *N. J. Super.* 1)

STATE OF NEW JERSEY v. WILLIAM G. LASTER.

February 15, 1978. Petition for certification denied.

PINELAND STATE BANK v. PRESTIGE CONSTRUCTION CO.

February 15, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH X. PALMER.

February 15, 1978. Petition for certification denied.